UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

B/E AEROSPACE, INC.,

   a Delaware corporation,

Plaintiff,

v.

DeCRANE AIRCRAFT SEATING COMPANY, INC.

   a Wisconsin corporation,

              Defendant.

CASE NO.

6:08cv-1906-ORL-28KRS

## COMPLAINT, DEMAND FOR INJUNCTIVE RELIEF AND DEMAND FOR JURY TRIAL

Plaintiff, B/E AEROSPACE, INC. ("B/E Aerospace"), by and through its undersigned attorneys, sues Defendant, DeCRANE AIRCRAFT SEATING COMPANY, INC. ("DeCrane"), and alleges as follows:

### THE PARTIES

1. B/E Aerospace is a Delaware corporation with its principal place of business at 1400 Corporate Center Way, Wellington, Florida 33414.

2. DeCrane is a Wisconsin corporation, with its principal place of business at 701 Maple Street, Peshtigo, Wisconsin 54157.

*B/E Aerospace, Inc. v. DeCrane Aircraft Seating Company, Inc.*
Complaint, Demand for Injunctive Relief and
Demand for Jury Trial

## JURISDICTION AND VENUE

3. This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. §§ 1-376.

4. This court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. This Court has personal jurisdiction over DeCrane because DeCrane has regularly and continuously conducted business and sold products in this judicial district and actions that give rise to this complaint occurred within this judicial district.

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 (b) – (c). Venue is also proper pursuant to 28 U.S.C. § 1400(b).

## FACTUAL BACKGROUND

7. United States Patent No. 5,636,901 ("the '901 Patent") duly and legally issued on June 10, 1997 for an "Aircraft Passenger Seat Frame." B/E Aerospace, Inc. is the sole owner of the '901 Patent as successor in interest to Aircraft Modular Products, Inc. and has exclusive rights to enforce the '901 Patent. A copy of the '901 Patent is attached as Exhibit A.

8. B/E Aerospace is the world's leading manufacturer of cabin interior products, including aircraft seats, for commercial aircraft and business jets.

9. Upon information and belief, DeCrane manufactures and sells aircraft interior products including, but not limited to, products denominated as Comfort Class 9g and 16g Executive Aircraft Seats.

*B/E Aerospace, Inc. v. DeCrane Aircraft Seating Company, Inc.*
Complaint, Demand for Injunctive Relief and
Demand for Jury Trial

10. On or about October 7, 2008, DeCrane offered Comfort Class 9g and 16g Executive Aircraft Seats for sale at the National Business Aviation Association, Inc. (NBAA) trade show in Orlando, Florida.

## FIRST CLAIM FOR RELIEF
### (Infringement of the '901 Patent)

11. B/E Aerospace incorporates by reference the allegations contained in paragraphs 1-10 above as if fully set forth herein.

12. DeCrane has infringed and is currently infringing the '901 patent by making, using, offering for sale and/or selling products that fall within the scope of one or more claims of the '901 Patent, and will continue to so infringe the '901 Patent unless enjoined by this Court. Such infringing products include, but are not limited to, the Comfort Class 9g and 16g Executive Aircraft Seats.

13. DeCrane has actively induced the infringement of and/or contributed to the infringement of the '901 Patent, and will continue to so induce or contribute to the infringement of the '901 Patent unless enjoined by this Court.

14. Upon information and belief, DeCrane's infringement of the '901 Patent has been willful.

15. In view of the willfulness of DeCrane's infringement, this is an "exceptional" case pursuant to 35 U.S.C. § 285.

16. By reason of DeCrane's infringement of the '901 Patent, B/E Aerospace has been severely injured in its business and property. The injury to B/E Aerospace is and continues to be immediate and an award of monetary damages alone cannot fully

RICHMAN GREER, P.A.
Miami • West Palm Beach
3

compensate B/E Aerospace for its injuries. B/E Aerospace lacks an adequate remedy at law.

## PRAYER FOR RELIEF

B/E Aerospace demands the following relief against DeCrane:

a.  An injunction permanently enjoining DeCrane, its agents, its attorneys, successors, and assigns, and all persons in active concert with DeCrane acting on DeCrane's behalf or within its control, from making, using, selling, offering to sell, importing, or otherwise engaging in acts of infringement or inducing or contributing to the infringement of the '901 Patent;

b.  An award of damages adequate to compensate B/E Aerospace for DeCrane's acts of infringement of the '901 Patent;

c.  An accounting and disgorgement of profits derived by DeCrane from its acts of infringement of the '901 Patent.

d.  Trebling of damages and profits derived from DeCrane's acts of infringement of the '901 Patent pursuant to 35 U.S.C. § 284;

e.  B/E Aerospace's attorneys' fees, costs, and expenses incurred in pursuing this action in accordance with 35 U.S.C. § 285;

f.  Prejudgment and post-judgment interest at the highest rates authorized by law;

g.  Costs of court; and

h.  Such other and further relief, equitable or otherwise, as the Court shall deem appropriate.

*B/E Aerospace, Inc. v. DeCrane Aircraft Seating Company, Inc.*
Complaint, Demand for Injunctive Relief and
Demand for Jury Trial

DATED this ___10___ day of November, 2008.

Respectfully submitted,

*Pro Hac Vice*:
Richard W. Young
Edwin A. Getz
David A. Frey
Nicole M. Murray
DRINKER BIDDLE & REATH LLP
191 N. Wacker Drive, Suite 3700
Chicago, Illinois 60606
Telephone: (312) 569-1000
Facsimile: (312) 569-3000
richard.young@dbr.com
edwin.getz@dbr.com
david.frey@dbr.com
nicole.murray@dbr.com

- and -

RICHMAN GREER, P.A.
*Attorneys for Plaintiff, B/E Aerospace, Inc.*
One Clearlake Centre – Suite 1504
250 Australian Avenue South
West Palm Beach, Florida 33401
Telephone: (561) 803-3500
Facsimile: (561) 820-1608

By: _____
 for  GARY S. BETENSKY    FBN 0147524
   Florida Bar No. 0434302
   gbetensky@richmangreer.com
   ADAM M. MYRON
   Florida Bar No. 0895121
   amyron@richmangreer.com